

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

March 19, 2026

**BY EMAIL**
**REQUEST TO FILE UNDER SEAL**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** *United States v. Yih-Shyan "Wally" Liaw, et al.*, 26 Cr. 100

Dear Judge Cave:

The Government respectfully requests that the above-referenced Indictment and associated arrest warrants be unsealed and that the Indictment be wheeled to a United States District Judge. Two of the defendants charged in the Indictment were arrested this morning in the Northern District of California. The Government further respectfully requests that this letter remain under seal until the Indictment and associated arrest warrants are unsealed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
    Juliana N. Murray
    David J. Robles
    Kevin T. Sullivan
    Assistant United States Attorneys
    (212) 637-2550

Application GRANTED.

SO ORDERED:

_____

USMJ 3/19/2026