UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING WEI "Willy" SUN,

Defendant.

Case No. 1:26-cr-00100-ER

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Guy Petrillo of the law firm Petrillo Klein + Boxer LLP

hereby enters an appearance as counsel of record for Defendant YIH-SHYAN "Wally" LIAW.

Dated: New York, New York
        March 27, 2026

PETRILLO KLEIN & BOXER LLP

By:   */s/ Guy Petrillo*
      Guy Petrillo
      655 Third Avenue, 12th Floor
      New York, NY 10017
      Tel: 212-370-0331
      gpetrillo@pkbllp.com

      *Attorney for Yih-Shyan "Wally" Liaw*