**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 26 Crim. 100 (ER) |
| YIH-SHYAN "Wally" LIAW, | : | |
| RUEI-TSANG "Steven" CHANG, | : | |
| and TING-WEI "Willy" SUN | : | |

**[PROPOSED] SCHEDULING ORDER**

WHEREAS Defendant Yih-Shyan "Wally" Liaw intends to file pretrial motions in the above-captioned case; and

WHEREAS Mr. Liaw and the Government have agreed to the below briefing schedule for those motions; it is hereby

**ORDERED** that the parties shall file their motion papers in accordance with the following schedule:

| | |
|---|---|
| Mr. Liaw's Opening Brief | September 15, 2026 |
| The Government's Opposition Brief | October 13, 2026 |
| Mr. Liaw's Reply Brief | October 27, 2026 |

Dated:  New York, New York

6/12/2026

SO ORDERED.

Edgardo Ramos
United States District Judge