655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

NELSON A. BOXER
nboxer@pkbllp.com
D: 212.370.0338
M: 917.273.2693

September 9, 2026

**By ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Wally Liaw,* SDNY 1:26-cr-00100-ER**

Dear Judge Ramos:

We represent Wally Liaw in the above-referenced matter and, pursuant to the Court's Individual Rules, we write to request that the Court increase its page limitation on briefing for purposes of our pretrial motions, which must be filed on or before September 15. *See* Individual Rule II.B.i. Specifically, because of the quantity, and the complexity of some, of our pretrial motions, we ask that the Court permit us to file a Memorandum of Law not to exceed 75 pages. I have conferred with government counsel, and they consent to this request.

Respectfully submitted,

Petrillo Klein + Boxer LLP
Nelson A. Boxer
655 Third Avenue
New York, NY 10017
(212) 370-0331