655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

**MEMO ENDORSED**, page 2.

NELSON A. BOXER
nboxer@pkbllp.com
D: 212.370.0338
M: 917.273.2693

September 15, 2026

**By ECF**
Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Wally Liaw,* 1:26-cr-00100-ER**

Dear Judge Ramos:

We represent Defendant Yih-Shyan "Wally" Liaw in the above-referenced action and write regarding the Court's Order issued earlier today, at ECF 51, that directed us to file our motion in paper form at the Clerk's Office Sealed Records Unit in accordance with Section 6.3 of the Courts Electronic Case Filing Rules ("Filing Rules").

My colleagues have had several recent telephone conversations with clerks assigned to the Sealed Records Unit at 500 Pearl Street, and they have been consistently informed not to file paper copies of large exhibits or other large documents under seal, and referenced the District Court's website's requirement – *see* Filing Rules 6.3, directing counsel to a link titled, Non-Electronic Sealed Filing Instructions (sealed "[e]xhibits should not be filed in hard copy absent a court order, but the exhibits must be included on [a] CD Rom.").[1] The exhibits that will be submitted as part of our pretrial motions include (i) exhibits of hundreds of pages in length, for example, text messages, because of the way the documents were produced to us in discovery, and (ii) government videotapes. Our Memorandum of Law will cite to the precise, relevant portion within these records.

Accordingly, we respectfully request that the Court modify its Order at Doc. 51 to permit us to file all of our motion papers on a CD Rom at the Clerk's Office Sealed Records Unit, or, alternatively, to permit us to file our Memorandum of Law and Declarations on paper and our exhibits electronically on a CD Rom at the Clerk's Office Sealed Records Unit. Because we have conflicting information as to whether or not there will be an accessible drop box and/or a time stamp at the courthouse after 4:30 today, we also request a one-day extension to file our motions

[1] *See Court* Records/Non-Electronic Filing Procedures at https://www.nysd.uscourts.gov/programs/records.

papers (we will serve them today).

Finally, since we will not be filing on ECF, we request permission to serve the Court and all of the parties' counsel by an email (*see* Your Honor's Rules at § 1.C.) containing a confidential link to download our motion papers, with a password to that link provided in a subsequent email.

Respectfully submitted,

Petrillo Klein + Boxer LLP
Nelson A. Boxer
655 Third Avenue
New York, NY 10017
(212) 370-0338
nboxer@pkbllp.com

The application is _X_ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: 9/15/2026
New York, New York