655 Third Avenue, 12th Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

Petrillo Klein + Boxer LLP

MEMO ENDORSED

ELIZA SIMONS
esimons@pkbllp.com
D: 315.915.4736

September 16, 2026

**VIA ECF**
Hon. Edgardo Ramos
United States District Judge
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re: USA v. LIAW et al., 26-CR-100 (ER)**

Dear Judge Ramos:

We write to advise the Court that the Sealed Records Department rejected our filings today because the documents we proposed to file did not reflect wet ink signatures. Because Mr. Liaw resides in California, we are unable to obtain his original ink signature on his as-served Declaration today. While we expect to receive Mr. Liaw's original Declaration tomorrow morning, we respectfully request that the Court grant us until Friday, September 18, 2026, to file the sealed records with the Sealed Records Department.

We apologize for the delay and appreciate the Court's consideration of this request.

Respectfully Submitted,

Eliza Simons

Eliza Simons

The application is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/21/2026
New York, New York