UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

YIH-SHYAN "Wally" LIAW,
RUEI-TSANG "Steven" CHANG, and
TING-WEI "Willy" SUN,

*Defendants.*

**Scheduling Order**

**26 Cr. 100 (ER)**

Upon the application of the United States of America, with the consent of counsel for defendant Yih-Shyan "Wally" Liaw, the Court hereby orders that the remaining briefing schedule for the defendant's Rule 12 motions is modified as follows:

- The Government's opposition shall be due no later than October 20, 2026.
- The defense's reply shall be due no later than November 3, 2026.

SO ORDERED:

Dated: New York, New York
October 1, 2026

THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE